UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO VELA-NAVARRO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 1:18-cv-00170 |
| | § | |
| DEBORAH ACHIM, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 23). The R&R recommended the following to the Court: (1) grant "Respondents' Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot, or Alternatively Respondents' Reply to Petitioner's Response Brief" (hereafter "Respondents' Second Motion") (Docket No. 22); (2) dismiss Petitioner's claims as moot; (3) and dismiss "Respondents' Motion to Dismiss" (hereafter "Respondents' First Motion") (Docket No. 8) as moot. Docket No. 22 at 1–2. No objections were filed.

After a *de novo* review of the file, the R&R is hereby **ADOPTED**. Respondents' Second Motion is **GRANTED**; Respondents' First Motion is **DENIED** as moot; and Petitioner's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 12th day of March, 2019.

Rolando Olvera
United States District Judge